## Fourth Department, March, 1944.

### (March 8, 1944.)

Rose Jones, Respondent, v. Floyd Jones, Appellant. — Order reversed on the law and facts, without costs of this appeal to either party and motion granted, without costs. Memorandum: The decision of the Official Referee in this case, made in 1937, is not printed in this record, but the attorneys for both parties stipulated in open court upon the argument of this appeal that it should be added to the record. Accordingly, we have examined such decision. This decision, granting judgment of annulment, and the judgment entered thereon, did not contain any provision for the education and maintenance of the child of the marriage of the parties. Therefore, there is no basis in the record for the order of the Official Referee, granted on the 7th day of January, 1943, amending *nunc pro tunc* the original judgment in this action annulling the marriage of the parties, and there is no basis in the record for the judgment of the Supreme Court, granted on the 8th day of January, 1943, directing the entry of a money judgment in favor of the plaintiff and against the defendant. Consequently, the order appealed from, denying the motion of the defendant to vacate the order of the Official Referee, made on the 7th day of January, 1943, and the judgment of the Supreme Court, granted on the 8th day of January, 1943, should be reversed, without costs, and the motion should be granted. All concur. (The order denies defendant's motion to vacate judgment and orders entered on a motion to vacate a judgment for arrears in alimony.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

Walter E. Fisk, Appellant, v. Lawrence Warner, Respondent. — Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action and for fifty dollars on his counterclaim, in an action to recover real estate commissions. The order denies plaintiff's motion for a new trial and for direction of a verdict.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

The People of the State of New York, Respondent, v. Ronald M. McDougall, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of robbery, first degree.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

The People of the State of New York, Respondent, v. Joseph Mazur, Appellant. — Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of buying, receiving, concealing or withholding stolen property.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

Amanda Lawson, Respondent, v. Kenneth Casperson et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

Edith Balman, Appellant, v. Rochester Transit Corporation, Respondent.— Order affirmed, with costs to respondent to abide the event. All concur. (The order of Monroe County Court reverses a judgment of Rochester City Court in favor of plaintiff and grants a new trial in City Court, in a railway negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.